UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPH AMERICA, LLC, a Virginia company,<br><br>Plaintiff,<br><br>v.<br><br>ACER, INC., a Taiwanese company; ACER AMERICA CORPORATION, a California company; AMAZON.COM, INC., a Delaware company; APPLE, INC., a California company; DELL INC., a Delaware company; FUJITSU AMERICA, INC., a California company; FUJITSU LTD., a Japanese company; FUTUREWEI TECHOLOGIES, INC., a Texas company; GENERAL DYNAMICS ITRONIX CORPORATION, a Delaware company; HEWLETT PACKARD CO., a Delaware company; HUAWEI TECHNOLOGIES CO., LTD., a Chinese company; LENOVO GROUP LTD., a Chinese (Hong Kong) company; LENOVO HOLDING COMPANY, INC., a Delaware company; LENOVO (United States) INC., a Delaware company; MOTOROLA, INC., a Delaware company; NOKIA CORPORATION, a Finnish company; NOKIA INC., a Delaware company; NOVATEL WIRELESS INC., a Delaware company; NOVATEL WIRELESS SOLUTIONS, INC., a Delaware company; NOVATEL WIRELESS TECHNOLOGY, INC., a Delaware company; OPTION NV, a Belgian company; OPTION WIRELESS | Case No.: 3:09-cv-02535-JAH-AJB<br><br>JURY TRIAL DEMANDED<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(2)** |

ORDER GRANTING JOINT MOTION TO DISMISS WITHOUT PREJUDICE    Case No.: 3:09-cv-02535

| | |
|---|---|
| 1 | USA, INC., a Delaware company; PALM,, INC., a Delaware company; PANASONIC CORPORATION, a Japanese company; PANASONIC CORPORATION OF NORTH AMERICA, a Delaware company; PERSONAL COMMUNICATIONS DEVICES, LLC, a Delaware company; PERSONAL COMMUNICATIONS DEVICES HOLDINGS, LLC, a Delaware company; SIERRA WIRELESS, INC., a Canadian company; SIERRA WIRELESS AMERICA, INC., a Delaware company; SONY CORPORATION, a Japanese company; SONY CORPORATION OF AMERICA, a New York company; SONY ELECTRONICS INC., a Delaware company; SONY ERICSSON MOBILE COMMUNICATIONS AB, a Swedish company; SONY ERICSSON MOBILE COMMUNICATIONS (USA) INC., a Delaware company; UTSTARCOM, INC., a Delaware company; ZTE CORPORATION, a Chinese company; and ZTE (USA) INC., a New Jersey company, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | Defendants. |
| 16 | |
| 17 | LENOVO (UNITED STATES) INC., a Delaware company; LENOVO HOLDING COMPANY, INC., a Delaware company, |
| 18 | |
| 19 | Counterclaimant, v. |
| 20 | SPH AMERICA, LLC, a Virginia company, |
| 21 | |
| 22 | Counterdefendant. |
| 23 | |
| 24 | |
| 25 | Having considered the Joint Motion to Dismiss filed by Plaintiff SPH America, LLC |
| 26 | ("SPH America") and Defendants Lenovo Group Limited, Lenovo (United States) Inc., and |
| 27 | |
| 28 | |

2

ORDER GRANTING JOINT MOTION TO DISMISS WITHOUT PREJUDICE                              Case No.: 3:09-cv-02535

Lenovo Holding Company, Inc. (collectively "Lenovo Defendants"), it is hereby ordered that pursuant to Federal Rules of Civil Procedure 41(a)(2):

(1) All claims that SPH America asserts against Lenovo Defendants in the above-captioned action are dismissed without prejudice;

(2) All claims or counterclaims that Lenovo Defendants asserts against SPH America in the above-captioned action are dismissed without prejudice; and

(3) The Parties shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: January 5, 2010

_____
JOHN A. HOUSTON
United States District Judge