UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPH AMERICA, LLC, a Virginia company,<br><br>         Plaintiff,<br><br>v.<br><br>ACER, INC., a Taiwanese company; ACER AMERICA CORPORATION, a California company; AMAZON.COM, INC., a Delaware company; APPLE, INC., a California company; DELL INC., a Delaware company; FUJITSU AMERICA, INC., a California company; FUJITSU LTD., a Japanese company; FUTUREWEI TECHOLOGIES, INC., a Texas company; GENERAL DYNAMICS ITRONIX CORPORATION, a Delaware company; HEWLETT PACKARD CO., a Delaware company; HUAWEI TECHNOLOGIES CO., LTD., a Chinese company; MOTOROLA, INC., a Delaware company; NOKIA CORPORATION, a Finnish company; NOKIA INC., a Delaware company; NOVATEL WIRELESS INC., a Delaware company; NOVATEL WIRELESS SOLUTIONS, INC., a Delaware company; NOVATEL WIRELESS TECHNOLOGY, INC., a Delaware company; OPTION NV, a Belgian company; OPTION WIRELESS USA, INC., a Delaware company; PALM,, INC., a Delaware company; PANASONIC CORPORATION, a Japanese company; PANASONIC CORPORATION OF NORTH AMERICA, a Delaware company; PERSONAL COMMUNICATIONS DEVICES, LLC, a Delaware company; PERSONAL COMMUNICATIONS DEVICES HOLDINGS, LLC, a Delaware company; SIERRA WIRELESS, INC., a Canadian company; SIERRA WIRELESS AMERICA, INC., a Delaware company; SONY CORPORATION, a Japanese | Case No.: 3:09-cv-02535-JAH-AJB<br><br>JURY TRIAL DEMANDED<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS APPLE INC. WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(2)** |

| | |
|---|---|
| company; SONY CORPORATION OF AMERICA, a New York company; SONY ELECTRONICS INC., a Delaware company; SONY ERICSSON MOBILE COMMUNICATIONS AB, a Swedish company; SONY ERICSSON MOBILE COMMUNICATIONS (USA) INC., a Delaware company; UTSTARCOM, INC., a Delaware company; ZTE CORPORATION, a Chinese company; and ZTE (USA) INC., a New Jersey company,<br><br>                    Defendants. | |
| APPLE INC., a California company,<br><br>                    Counterclaimant,<br>v.<br><br>SPH AMERICA, LLC, a Virginia company,<br><br>                    Counterdefendant. | |

Having considered the Joint Motion between Plaintiff SPH America, LLC ("SPH America") and Defendant Apple Inc. ("Apple"), it is hereby ordered that pursuant to Federal Rules of Civil Procedure 41(a)(2):

(1)     All claims that SPH America asserts against Apple in the above-captioned action are dismissed with prejudice;

(2)     All claims or counterclaims that Apple asserts against SPH America in the above-captioned action are dismissed with prejudice; and

(3)     SPH America and Apple shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: January 13, 2010

JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE