1  Allison H. Goddard (SBN 211098)
   JACZKO GODDARD LLP
2  4401 Eastgate Mall
   San Diego, CA  92121
3  Telephone: (858) 404-9207
   Facsimile: ((858) 225-3500
4
   *Attorney for Plaintiff*
5  *SPH AMERICA, LLC*

6  Additional counsel listed in signature block

7

8                   UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10 | SPH AMERICA, LLC, a Virginia
   | company,                                | Case No.: 3:09-cv-02535-JAH-AJB
11 |
   |         Plaintiff,                      |
12 |                                         | **JOINT MOTION FOR ENTRY OF**
   | v.                                      | **SUPPLEMENTAL QUALCOMM**
13 |                                         | **PROTECTIVE ORDER**
   | ACER, INC. *et al.*,                    |
14 |                                         | Magistrate Judge Anthony J. Battaglia
   |         Defendants.                     |
15

16

17

...

28

JOINT MOTION RE SUPPLEMENTAL
QUALCOMM PROTECTIVE ORDER                                    Case No.: 3:09-cv-02535

Qualcomm, Inc. and the parties agree on the terms of the Stipulated Protective Order Governing Discovery From Non-Party Qualcomm In This Case, Including Sealing Provisions governing the exchange of information in this Action.

The [Proposed] Stipulated Protective Order Governing Discovery from Non-Party Qualcomm In This Case, Including Sealing Provisions has been submitted to the Court to efile_battaglia@casd.uscourts.gov.  The parties hereby jointly move that the Court enter the [Proposed] Stipulated Protective Order Governing Discovery From Non-Party Qualcomm In This Case, Including Sealing Provisions.

Dated:  August 12, 2010

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| JACZKO GODDARD LLP | GREENBERG TAURIG |
| By: /s/ Allison H. Goddard<br>Allison H. Goddard (SBN 211098) | By: /s/ James W. Soong<br>James W. Soong (SBN 196092) |
| *Attorneys for Plaintiff and Counterdefendant SPH America, LLC* | *Attorneys for Defendant Hewlett-Packard Company; Acer America Corp.; Acer Inc.* |
| Respectfully submitted, | Respectfully submitted, |
| ALSTON & BIRD LLP | K& L GATES |
| By: /s/ Michael J. Newton<br>Michael J. Newton (*pro hac vice*) | By: /s/ Michael J. Bettinger<br>Michael J. Bettinger (SBN 122196) |
| *Attorneys for Dell, Inc.; Nokia Corporation, Nokia, Inc.* | *Attorneys for Novatel Wireless, Inc.; Novatel Wireless Solutions, Inc.* |
| Respectfully submitted, | Respectfully submitted, |
| AMSTER ROTHSTEIN & EBENSTEIN LLP | HOWREY LLP |
| By: /s/ David Boag<br>David Boag (*pro hac vice*) | By: /s/ Martha Gooding<br>Martha Gooding (SBN 101638) |
| *Attorneys for Panasonic Corporation;* | *Attorneys for Motorola, Inc.* |

*Panasonic Corporation of North America*

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| NIXON PEABODY LLP | SPOTTS FAIN PC |
| By:  /s/ Jennifer Hayes<br>Jennifer Hayes (SBN 241533) | By: /s/ Dana Duane McDaniel<br>Dana Duane McDaniel, Esq. (*Pro Hac Vice*) |
| *Attorneys for General Dynamics Itronix Corp.; Sierra Wireless America, Inc.; Sierra Wireless, Inc.; Fujitsu America, Inc.; Fujitsu Ltd.* | *Attorneys for UTSTARCOM INC.* |
| Respectfully submitted, | Respectfully submitted, |
| COVINGTON & BURLING | QUINN EMANUEL URQUHART OLIVER & SULLIVAN LLP |
| By:  /s/ Michael M. Markman<br>Michael M. Markman (SBN 191388) | By:  /s/ Kevin Johnson<br>Kevin P.B. Johnson (SBN 177129) |
| *Attorneys for Palm, Inc.* | *Attorneys for Sony Ericsson Mobile Communications (USA), Inc.; Sony Ericsson Mobile Communications AB* |

Respectfully submitted,

FOLEY & LARDNER, LLP

By:  /s/ Nicole Cunningham
Nicole Cunningham (SBN 234390)

*Attorneys for Non-Party Qualcomm, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on all parties via CM/ECF on August 12, 2010 to all counsel named above.

/s/Allison H. Goddard
Allison H. Goddard