Allison H. Goddard (211098)
JACZKO GODDARD LLP
4401 Eastgate Mall
San Diego, California 92121
Phone: (858) 404-9205
Fax: (858) 225-3500

*Attorneys for Plaintiff*
*SPH AMERICA, LLC*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPH AMERICA, LLC, a Virginia company,<br><br>Plaintiff,<br><br>v.<br><br>ACER, INC., *et al.*,<br><br>Defendants. | Case No. 3:09-cv-02535-JAH-AJB<br><br>**PLAINTIFF SPH AMERICA, LLC'S TABLE OF EXHIBITS IN SUPPORT OF ITS OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FOR LACK OF STANDING**<br><br>DATE:     February 7, 2011<br>TIME:     2:30 pm |

Plaintiff SPH America, LLC submits the following exhibits in support of its Opposition to Defendants' Motion to Dismiss for Lack of Standing:

| Exhibit | Description | Page |
|---------|-------------|------|
| 1 | Certified Translation of Exclusive Patent License Agreement between SPH and ETRI on July 11, 2006<br><br>***HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY***<br><br>***LODGED CONDITIONALLY UNDER SEAL*** | 000001 |

| Exhibit | Description | Page |
|---|---|---|
| 2 | Exclusive Patent License Agreement between SPH and ETRI dated February 27, 2007<br>***HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY***<br>***LODGED CONDITIONALLY UNDER SEAL*** | 000014 |
| 3 | Certified Translation of Exclusive Patent License Agreement between SPH and ETRI dated February 27, 2007<br>***HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY***<br>***LODGED CONDITIONALLY UNDER SEAL*** | 000015 |
| 4 | Correspondence regarding Exclusive Patent License Agreement<br>***HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY***<br>***LODGED CONDITIONALLY UNDER SEAL*** | 000017 |
| 5 | Correspondence regarding Exclusive Patent License Agreement<br>***HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY***<br>***LODGED CONDITIONALLY UNDER SEAL*** | 000018 |
| 6 | Correspondence regarding Exclusive Patent License Agreement<br>***HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY***<br>***LODGED CONDITIONALLY UNDER SEAL*** | 000020 |
| 7 | Excerpts from Joint Case Management Conference Joint Statement dated February 19, 2010 | 000021 |
| 8 | Letter dated March 16, 2010 from counsel for Motorola to counsel for SPH | 000030 |
| 9 | Letter dated March 25, 2010 from Counsel for SPH to Counsel for Defendants | 000034 |
| 10 | Email dated December 16, 2010 from Counsel for SPH to Counsel for Defendants | 000036 |

| Exhibit | Description | Page |
|---------|-------------|------|
| 11 | Excerpts from U.S. Patent & Trademark Office, Manual of Patent Examining Procedure § 301 (8th ed., 8th rev. 2010) | 000040 |
| 12 | Correspondence regarding Exclusive Patent License Agreement<br>***HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY***<br>***LODGED CONDITIONALLY UNDER SEAL*** | 000044 |
| 13 | Correspondence regarding Exclusive Patent License Agreement<br>***HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY***<br>***LODGED CONDITIONALLY UNDER SEAL*** | 000047 |
| 14 | Correspondence regarding Exclusive Patent License Agreement<br>***HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY***<br>***LODGED CONDITIONALLY UNDER SEAL*** | 000052 |
| 15 | Excerpt from SPH's Response to Motorola's Interrogatory No. 1, dated July 22, 2010<br>***HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY***<br>***LODGED CONDITIONALLY UNDER SEAL*** | 000053 |

Respectfully submitted,

JACZKO GODDARD LLP

Dated:  January 24, 2011                    By:  /s/ Allison H. Goddard

*Attorneys for Plaintiff*
*SPH AMERICA, LLC*

3

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service were served the 24th of January, 2011, with a copy of this document via the Court's CM/ECF system.  I certify that all parties in this case are represented by counsel who are CM/ECF participants.

/s/ Allison H. Goddard
*Attorneys for Plaintiff SPH America, LLC*