# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPH AMERICA, LLC,<br><br>　　　　　　　Plaintiff,<br>vs.<br><br>ACER, INC., et al.,<br><br>　　　　　　　Defendant. | CASE NO. 09cv2535 JAH (MDD)<br><br>ORDER ON JOINT MOTION TO FILE JOINT MOTION FOR DISCOVERY DISPUTE UNDER SEAL, TO FILE SPH SUPPORTING EXHIBITS AND TO FILE PALM SUPPORTING DECLARATION AND EXHIBITS UNDER SEAL |

On June 29, 2011, Plaintiff SPH AMERICA, LLC, and Defendant PALM, INC., filed a Joint Motion for Determination of Discovery Dispute. [Doc. No. 549]. In addition, the parties filed the instant Joint Motion to have the Joint Motion for Determination of Discovery Dispute, Plaintiff SPH's supporting Exhibits and Defendant PALM's supporting Declaration and Exhibits filed under seal.

Upon consideration of the instant Joint Motion, the Court will grant in part and deny in part the Motion. IT IS HEREBY ORDERED that the parties must redact confidential information from their documents and electronically file the redacted versions with the Court. Hard copies of the unredacted versions should be delivered to chambers. If either party contends that an entire document should be sealed, it must be submitted to chambers along with a separate motion

1 | containing an adequate justification.

3 | DATED: July 1, 2011

Hon. Mitchell D. Dembin
U.S. Magistrate Judge