1   MICHAEL M. MARKMAN (Bar No. 191388)
    (mmarkman@cov.com)
2   COVINGTON & BURLING LLP
    One Front Street
3   San Francisco, California 94111
    Telephone:  (415) 591-6000
4   Facsimile:  (415) 591-6091

5   LAURA UNDERWOOD-MUSCHAMP (Bar No. 228717)
    (lmuschamp@cov.com)
6   COVINGTON & BURLING LLP
    9191 Towne Centre Drive, 6th Floor
7   San Diego, California 92122-1225
    Telephone:  (858) 678-1800
8   Facsimile:  (858) 678-1600

9   Attorneys for Defendant
    PALM, INC.

10

11                          UNITED STATES DISTRICT COURT

12                        SOUTHERN DISTRICT OF CALIFORNIA

13

14

15   SPH AMERICA, LLC,                        Case No. 3:09-cv-02535-JAH (MDD)

16                 Plaintiff,                 **DEFENDANT PALM, INC.'S
                                              NOTICE OF MOTION AND
16                                            MOTION TO ENFORCE
17          v.                                SETTLEMENT AGREEMENT**

18   ACER, INC. et al,                        **Date:  August 10, 2011**
                                              **Time: 9:30 a.m.**
19                 Defendants.                **Courtroom:  TBD**

20

21   AND RELATED CROSS-ACTIONS

22

23

24

25

26

27

28

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2         PLEASE TAKE NOTICE that on August 10, 2011 at 9:30 a.m., in the Courtroom of the

3  Honorable Mitchell D. Dembin of the above-captioned Court, located at 940 Front Street, San

4  Diego, California, Defendant Palm, Inc. ("Palm") will and hereby does move the Court for an

5  order enforcing the settlement agreement reached by Palm and Plaintiff SPH America, LLC in

6  April 2010 at a settlement conference before the Honorable United States Magistrate Judge

7  Dennis W. Dohnal of the Eastern District of Virginia.

8         This Motion is based on this Notice of Motion and Motion, the accompanying

9  Memorandum of Points and Authorities and supporting declarations and exhibits, all records and

10  papers on file in this action, and any evidence or oral argument offered at any hearing on this

11  Motion.  In the alternative, Palm requests that the Court permit Palm to immediately seek

12  summary judgment based on a licensing defense, based on the license to the SPH patents-in-suit

13  that is set out in the settlement.

14

15  Dated: July 11, 2011                    By:  */s/Michael M. Markman*
                                                MICHAEL M. MARKMAN (Bar No. 191388)
16                                              (mmarkman@cov.com)
                                                COVINGTON & BURLING LLP
17                                              One Front Street
                                                San Francisco, California 94111
18                                              Telephone:  (415) 591-6000
                                                Facsimile:  (415) 591-6091
19
                                                LAURA UNDERWOOD-MUSCHAMP
20                                              (Bar No. 228717)
                                                (lmuschamp@cov.com)
21                                              COVINGTON & BURLING LLP
                                                9191 Towne Centre Drive, 6th Floor
22                                              San Diego, California 92122-1225
                                                Telephone:  (858) 678-1800
23                                              Facsimile:  (858) 678-1600

24                                              *Attorneys for Defendant Palm, Inc.*

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2

3

      I certify that the foregoing document was filed electronically pursuant to CivLR 5.4 on

4

July 11, 2011 using the Court's CM/ECF system, which shall send notification of such filing

5

(NEF) to all counsel of record in this case.  Pursuant to Local Rule CivLR 5.4(c), this electronic

6

filing acts to electronically serve all counsel of record, all who have consented to electronic

7

service via the Court's CM/ECF system pursuant to CivLR 5.4(d).

8

                       /s/ *Michael M. Markman*
                    MICHAEL M. MARKMAN

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28