MICHAEL M. MARKMAN (Bar No. 191388)
(mmarkman@cov.com)
COVINGTON & BURLING LLP
One Front Street
San Francisco, California 94111
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

LAURA UNDERWOOD-MUSCHAMP (Bar No. 228717)
(lmuschamp@cov.com)
COVINGTON & BURLING LLP
9191 Towne Centre Drive, 6th Floor
San Diego, California 92122-1225
Telephone: (858) 678-1800
Facsimile: (858) 678-1600

Attorneys for Defendant
PALM, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPH AMERICA, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>ACER, INC. et al,<br><br>    Defendants. | Case No. 3:09-cv-02535-JAH (MDD)<br><br>**DEFENDANT PALM'S NOTICE OF MOTION AND MOTION FOR AN ORDER TO FILE UNDER SEAL ITS REPLY MEMORANDUM IN SUPPORT OF MOTION TO ENFORCE SETTLEMENT AGREEMENT**<br><br>**Date and Time:**<br>**To be determined by Court, if necessary** |

AND RELATED CROSS-ACTIONS

1 | TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2 |     PLEASE TAKE NOTICE that Defendant Palm, Inc. hereby moves the Court for an order

3 | permitting the filing under seal of the confidential portions of Palm's Reply Memorandum of

4 | Points and Authorities In Support of Motion to Enforce Settlement Agreement.

5 |     This Motion is based on this Notice of Motion and Motion, the accompanying

6 | Memorandum of Points and Authorities, all records and papers on file in this action, and any

7 | evidence or oral argument offered at any hearing on this Motion.

9 | Dated: August 3, 2011     By: */s/ Michael M. Markman*
MICHAEL M. MARKMAN (Bar No. 191388)
(mmarkman@cov.com)
COVINGTON & BURLING LLP
One Front Street
San Francisco, California 94111
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

LAURA UNDERWOOD-MUSCHAMP
(Bar No. 228717)
(lmuschamp@cov.com)
COVINGTON & BURLING LLP
9191 Towne Centre Drive, 6th Floor
San Diego, California 92122-1225
Telephone: (858) 678-1800
Facsimile: (858) 678-1600

*Attorneys for Defendant Palm, Inc.*

**CERTIFICATE OF SERVICE**

I certify that the foregoing document was filed electronically pursuant to CivLR 5.4 on August 3, 2011 using the Court's CM/ECF system, which shall send notification of such filing (NEF) to all counsel of record in this case. Pursuant to Local Rule CivLR 5.4(c), this electronic filing acts to electronically serve all counsel of record, all who have consented to electronic service via the Court's CM/ECF system pursuant to CivLR 5.4(d).

      /s/ *Michael M. Markman*
      MICHAEL M. MARKMAN