| | |
|---|---|
| 1 | MICHAEL M. MARKMAN (Bar No. 191388) |
|  | (mmarkman@cov.com) |
| 2 | COVINGTON & BURLING LLP |
|  | One Front Street |
| 3 | San Francisco, California 94111 |
|  | Telephone: (415) 591-6000 |
| 4 | Facsimile: (415) 591-6091 |
| 5 | LAURA UNDERWOOD-MUSCHAMP (Bar No. 228717) |
|  | (lmuschamp@cov.com) |
| 6 | COVINGTON & BURLING LLP |
|  | 9191 Towne Centre Drive, 6th Floor |
| 7 | San Diego, California 92122-1225 |
|  | Telephone: (858) 678-1800 |
| 8 | Facsimile: (858) 678-1600 |
| 9 | Attorneys for Defendant |
|  | PALM, INC. |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPH AMERICA, LLC, | Case No. 3:09-cv-02535-JAH (MDD) |
| Plaintiff, | **DEFENDANT'S MEMORANDUM OF POINTS OF AUTHORITIES IN SUPPORT OF MOTION FOR AN ORDER TO SUBMIT REPLY MEMORANDUM IN SUPPORT OF MOTION TO ENFORCE SETTLEMENT AGREEMENT UNDER SEAL** |
| v. |  |
| ACER, INC. et al, |  |
| Defendants. |  |
|  | **Date and Time:** |
|  | **To be determined by Court, if necessary** |
| AND RELATED CROSS-ACTIONS |  |

PALM'S BRIEF ISO MOTION TO
FILE UNDER SEAL

CASE NO. 3:09-CV-02535-JAH (MDD)

**PROCEDURAL BACKGROUND**

In April 2010, Defendant Palm, Inc. ("Palm") and Plaintiff SPH America, LLC ("SPH") reached an agreement to settle this case. More than a year later, SPH no longer desires to abide by the parties' agreement and refuses to dismiss Palm from this case. On July 11, 2011, Palm filed a Motion to Enforce the Settlement Agreement. On July 27, 2011, SPH filed its Opposition.

Palm is prepared to file its reply memorandum in support of its motion. Like Palm's motion and SPH's opposition, the reply must be filed under seal because of the confidential nature of settlement discussions. Therefore , Palm respectfully moves the Court for an order permitting the filing under seal of the portions of Palm's Reply Memorandum of Points and Authorities In Support of Motion for Enforcement of Settlement Agreement that disclose confidential settlement terms or information concerning negotiations.

**ARGUMENT**

The Court's Protective Order of May 24, 2010 generally prohibits the disclosure of confidential materials and provides that a party who wishes to file confidential information under seal must first seek permission from the Court.

The reply memorandum identified above contain highly confidential, proprietary information regarding the business relationship between SPH and Palm. This confidential information is and was the subject of settlement negotiations between SPH and Palm. Under the Protective Order, the parties have an obligation to maintain the confidentiality of the negotiations and settlement agreement between them, and thus these documents need to be filed under seal.

A proposed order will be submitted to the Court's via its posted email address.

## CONCLUSION

For the foregoing reasons, Palm respectfully requests that the Court issue an order permitting Palm to file under seal portions of its Reply Memorandum in Support of Motion to Enforce Settlement Agreement.

Dated: August 3, 2011

By: /s/ *Michael M. Markman*
MICHAEL M. MARKMAN (Bar No. 191388)
(mmarkman@cov.com)
COVINGTON & BURLING LLP
One Front Street
San Francisco, California 94111
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

LAURA UNDERWOOD-MUSCHAMP
(Bar No. 228717)
(lmuschamp@cov.com)
COVINGTON & BURLING LLP
9191 Towne Centre Drive, 6th Floor
San Diego, California 92122-1225
Telephone: (858) 678-1800
Facsimile: (858) 678-1600

*Attorneys for Defendant Palm, Inc.*

**CERTIFICATE OF SERVICE**

I certify that the foregoing document was filed electronically pursuant to CivLR 5.4 on August 3, 2011 using the Court's CM/ECF system, which shall send notification of such filing (NEF) to all counsel of record in this case. Pursuant to Local Rule CivLR 5.4(c), this electronic filing acts to electronically serve all counsel of record, all who have consented to electronic service via the Court's CM/ECF system pursuant to CivLR 5.4(d).

/s/ *Michael M. Markman*
MICHAEL M. MARKMAN