1
2
3
4
5
6
7
8
9          **UNITED STATES DISTRICT COURT**
10         **SOUTHERN DISTRICT OF CALIFORNIA**
11
12   SPH AMERICA, LLC,                              CASE NO. 09cv2535 JAH (MDD)
13                          Plaintiff,             ORDER REGARDING
                                                   DEFENDANT'S MOTION TO
14         vs.                                     ENFORCE SETTLEMENT
15   ACER, INC., et al.,                           [Doc. Nos. 559, 569]
16                          Defendant.
17
18         On July 13, 2011, Defendant Palm filed a Motion to Enforce Settlement Agreement (Doc.
19   No. 569).  In its Motion, Defendant contends that a settlement of this case and two related cases
20   was reached during an April 20, 2010 Settlement Conference held with Magistrate Judge Dennis
     W. Dohnal of the Eastern District of Virginia.  Id.  Settlement in the two related cases was
21   memorialized in long-form writings shortly after the April 20, 2010 conference.  Id.  On July 27,
22   2011, Plaintiff filed a Response in Opposition, contending that only a tentative agreement had
23   been reached, and that final settlement was contingent upon the parties defining certain material
24   terms in the agreement.  (Doc. No. 581).
25         In order to determine if a settlement had been reached, the Court finds it appropriate to
26   examine the long-form settlement agreements drafted in the two related cases, SPH America, LLC,
27   v. Apple, Inc., et al., case number: 3:10cv404, and WiAV Solutions, Inc. v. Motorola, Inc., case
28

1  number 3:09cv447 (E.D. Va).  The parties shall lodge complete copies of these agreements with

2  the chambers of Magistrate Judge Mitchell D. Dembin by **August 12, 2011** for *in camera* review.

3  The agreements will be kept confidential.

4      **IT IS SO ORDERED.**

5  DATED:  August 5, 2011

6

7                                                  Hon. Mitchell D. Dembin

8                                                  U.S. Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28