David P. Enzminger (SBN 137065)
Peter E. Perkowski (SBN 199491)
WINSTON & STRAWN LLP
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071
Telephone: (213) 615-1700
Facsimile: (213) 615-1750
Email: denzminger@winston.com

Jonathan E. Retsky (*pro hac vice*)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601
T: (312) 558-3791
F: (312) 558-5700
Email: jretsky@winston.com

Andrew R. Sommer (*pro hac vice*)
WINSTON & STRAWN LLP
1700 K Street, NW
Washington, DC 20006
T:  (202) 282-5896
F:  (202) 282-5100
Email: asommer@winston.com

*Counsel for Motorola Mobility LLC
and Motorola Solutions, Inc.*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPH America, LLC<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Acer, Inc., *et al.*<br><br>　　　　Defendants. | **Case No. 3:09-cv-02535-CAB-KSC**<br><br>**JOINT MOTION OF PLAINTIFF SPH AMERICA, LLC AND DEFENDANTS MOTOROLA MOBILITY LLC AND MOTOROLA SOLUTIONS, INC. FOR DISMISSAL WITH PREJUDICE OF SPH'S CLAIMS AND DISMISSAL WITHOUT PREJUDICE OF MOTOROLA MOBILITY, INC.'S AND MOTOROLA SOLUTIONS, INC.'S COUNTERCLAIMS** |

JOINT MOTION TO DISMISS PLAINTIFF'S CLAIMS WITH PREJUDICE AND COUNTERCLAIMS OF DEFENDANTS MOTOROLA MOBILITY AND MOTOROLA SOLUTIONS WITHOUT PREJUDICE

CASE NO. 3:09-CV-02535-CAB-KSC

1  The plaintiff, SPH America, LLC, and defendants Motorola Mobility LLC and Motorola Solutions, Inc., pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims WITH PREJUDICE and counterclaims in these actions WITHOUT PREJUDICE, subject to the terms of that certain agreement entitled "**SETTLEMENT AGREEMENT**" and dated July 27, 2012, with each party to bear its own costs, expenses and attorneys' fees.

Dated: August 1, 2012   By:   /s/ Peter Perkowski
DAVID P. ENZMINGER
PETER E. PERKOWSKI
WINSTON & STRAWN LLP
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071
Telephone: (213) 615-1700
Facsimile: (213) 615-1750
Email: denzminger@winston.com

ANDREW R. SOMMER
Winston & Strawn LLP
1700 K Street, NW
Washington, D.C. 20006
T: (202) 282-5896
F: (202) 282-5100
Email: asommer@winston.com

JONATHAN E. RETSKY
Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL 60601
T: (312) 558-3791
F: (312) 558-5700
Email: jretsky@winston.com

*Attorneys for Motorola Mobility LLC and Motorola Solutions, Inc.*

Dated: August 1, 2012   By:   /s/ with consent of Allison H. Goddard
ALLISON H. GODDARD (SBN 211098)
Patterson Law Group
402 West Broadway, 29th Floor
San Diego, California 92101
Telephone: (619) 398-4760
Facsimile: (619) 756-6991
E-Mail: ali@pattersonlawgroup.com

JOINT MOTION TO DISMISS PLAINTIFF'S CLAIMS WITH PREJUDICE AND COUNTERCLAIMS OF DEFENDANTS MOTOROLA MOBILITY AND MOTOROLA SOLUTIONS WITHOUT PREJUDICE           CASE NO. 3:09-CV-02535-CAB-KSC

VINCENT P. KOVALICK (*pro hac vice*)
EDWARD J. NAIDICH (*pro hac vice*)
TROY GRABOW (*pro hac vice*)
MINJAE KANG (*pro hac vice*)
Finnegan, Henderson, Farabow,
Garrett & Dunner, LLP
901 New York Avenue, N.W.
Washington, D.C. 20001-4413
Telephone: (202) 408-4000
Facsimile: (202) 408-4400
Email: vince.kovalick@finnegan.com
Email: ed.naidich@finnegan.com
Email: raj.gupta@finnegan.com

*Attorneys for SPH AMERICA, LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on August 1, 2012 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.5. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

/s/ Peter Perkowski
Peter E. Perkowski

JOINT MOTION TO DISMISS PLAINTIFF'S CLAIMS WITH PREJUDICE AND COUNTERCLAIMS OF DEFENDANTS MOTOROLA MOBILITY AND MOTOROLA SOLUTIONS WITHOUT PREJUDICE

CASE NO. 3:09-CV-02535-CAB-KSC